No. 29. Original. *Ex parte:* IN THE MATTER OF BERNIE J. BERNHARD, PETITIONER. Submitted May 21, 1917. Decided June 4, 1917. *Per Curiam.* Rule discharged and

petition dismissed upon the authority of § 6 of the Act of Congress of July 30, 1894, 28 Stat. 160; § 3, Rule VIII of the Court of Appeals of the District of Columbia. *Mr. Charles B. Gillson* for petitioner.